UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :
DANNY KEY,                                             :
                                                       :
                              Plaintiff,               :        22 Civ. 1708 (LGS)
                                                       :
              -against-                                :        ORDER
                                                       :
RESONANT INC., et al.,                                 :
                                                       :
                              Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS this case was referred to Magistrate Judge James L. Cott on March 7, 2022,

for general pretrial (Dkt. No. 6). It is hereby

       **ORDERED** that the Order of referral at Dkt. No. 6 is VACATED.

Dated: April 12, 2022
       New York, New York


                                          _____
                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE