UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY KEY,<br><br>   Plaintiff,<br><br>vs.<br><br>RESONANT, INC., GEORGE B. HOLMES, MICHAEL FOX, RUBÉN CABALLERO, ALAN B. HOWE, JACK H. JACOBS, JOSH JACOBS, JEAN RANKIN, and BOB TIRVA,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § |

Case No.: 1:22-cv-01708

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Danny Key ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 14, 2022

So Ordered.

Dated: April 15, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BRODSKY & SMITH**

By: */s/ Evan J. Smith*
  Evan J. Smith
  240 Mineola Boulevard
  Mineola, NY 11501
  Phone: (516) 741-4977
  Facsimile (561) 741-0626

*Attorneys for Plaintiff*